IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHISH PAUL, | : |
| Petitioner, | : Civil Action No. 09-3422 (FSH) |
| v. | : **ORDER TO ANSWER** |
| UNITED STATES OF AMERICA, | : September 10, 2009 |
| Respondent. | : |

**HOCHBERG, District Judge:**

A Motion to vacate, set aside or modify sentence having been filed in the above action pursuant to 28 U.S.C. § 2255, and notice having been given pursuant to *United States v. Miller*, 197 F.3d 644 (3d Cir. 1999),

**IT IS** on this 10th day of September, 2009,

**ORDERED** that the Clerk of the Court shall serve copies of the Motion, this Order, and all other documents docketed in this matter upon Respondent by certified mail, return receipt requested, with all costs of service advanced by the United States; and it is further

**ORDERED** that Respondent shall file a full and complete answer(s) to said Application within 45 days of the entry of this Order, *see Ukawabutu v. Morton*, 997 F.Supp. 605 (D.N.J. 1998); and it is further

**ORDERED** that Respondent's answer(s) shall respond to the factual and legal allegations of the Application by each paragraph and subparagraph; and it is further

**ORDERED** that Respondent shall raise by way of its answer(s) any appropriate defenses which it wishes to have the Court consider, including, but not limited to, exhaustion and timeliness, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that the answer(s) shall be accompanied by certified copies of all documents including, but not limited to, any pleadings, process, orders, transcripts, summaries, briefs, appendices, opinions, and judgments filed in the trial proceedings, or such of them as may be material to the questions raised in the Application.

**/s/ Faith S. Hochberg**
Honorable Faith S. Hochberg, U.S.D.J.
